KYLER OVARD, 13570
445 E 200 S #150
Salt Lake City, Utah 84111
t. 435-647-6775
kyler@kovardlaw.com


Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH / CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SHELVIE GOODWIN,<br><br>        Defendant. | **APPEARANCE OF COUNSEL**<br><br>**Case No.  2:23-CR-00445-DAK**<br><br>**Judge Dale A Kimball** |

Kyler Ovard herewith enters his appearance as counsel for the above-named defendant.

DATED: January 17, 2024

                        KO LAW, PLLC


                        By: /s/ Kyler Ovard_____
                            KYLER OVARD
                            Attorneys for Defendant